**Counsel for Plaintiff Stapleton-Spence Packing Co.:**
David W. Lively (State Bar No. 83642)
Dori L. Yob (State Bar No. 227364)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406
mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

**Counsel for Defendant US Foods, Inc., f/k/a U.S. Foodservice Inc.:**
Kathleen A. Stimeling, State Bar No. 209226
kstimeling@schiffhardin.com
Sarah D. Youngblood, State Bar No. 244304
syoungblood@schiffhardin.com
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Phone: (415) 901-8700
Fax: (415) 901-8701

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAPLETON-SPENCE PACKING CO., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOODSERVICE, INC., et al.,<br><br>Defendants. | CASE NO.  5:13-CV-04722-BLF<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT** |

PLEASE TAKE NOTICE that the mediation conducted in this matter on April 3, 2014 was successful and a settlement was reached.  The parties are in the process of finalizing a settlement agreement which conditions dismissal of the causes of action against U.S. Foodservice, Inc. upon the satisfactory completion of specified terms.  The next scheduled hearing or

381\1115492.1

JOINT NOTICE OF CONDITIONAL SETTLEMENT                                               5:13-CV-04722-BLF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

conference in this matter is a Case Management Conference Hearing on May 15, 2014. The parties jointly requests the Case Management Conference Hearing be continued for ninety (90) days while the parties finalize the settlement.

Dated: May 1, 2014                     HOPKINS & CARLEY
                                       A Law Corporation


                                       By:  /s/ Dori L. Yob
                                           David W. Lively
                                           Dori L. Yob
                                           Attorneys for Plaintiff
                                           Stapleton-Spence Packing Co.

Dated: May 1, 2014                     SCHIFF HARDIN LLP


                                       By:  /s/ Kathleen A. Stimeling
                                           Kathleen A. Stimeling
                                           Sarah D. Youngblood
                                           Attorneys for Defendant
                                           US FOODS, INC., f/k/a FOODSERVICE, INC.

APPROVED
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

I, Dori L. Yob, am the ECF user whose ID and password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES. In compliance with Civil L.R. 5-1(i), I hereby attest that Kathleen A. Stimeling of Schiff Hardin LLP has concurred in this filing.

*/s/ Dori L. Yob*
Dori L. Yob